IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIVER SURLEY MINA VALENCIA,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN,<br><br>                    Respondent. | CASE NO. 1:23-CV-00148-EPG (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR THIRD EXTENSION OF TIME<br><br>(ECF No. 18) |

On September 5, 2023, Respondent requested a three-day extension of time to September 8, 2023, to file its response to the Court's June 28, 2023 order because additional time is required to obtain the necessary documents. (ECF No. 18.)

IT IS HEREBY ORDERED that the Respondent's request for an extension is GRANTED. The response is now due September 8, 2023.

IT IS SO ORDERED.

Dated:   **September 5, 2023**            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE